
**LAW OFFICES OF MARYANN P. GALLAGHER**
Maryann P. Gallagher, SBN 146078
Viridiana E. Aceves, SBN 316858
205 S. Broadway, St. 920
Los Angeles, CA. 90012
Phone: (213) 626-1810
Fax: (213) 626-0961
Email: mail@mpg-law.com

Attorneys for Plaintiff TRANEKA ECHOLS

**LITTLER MENDELSON P.C.**
Jon G. Miller, SBN 150702
Uliana Kozeychuk, SBN 258984
18565 Jamboree Road, Suite 800
Irvine, CA. 92612
Phone: (949) 705-3000
Fax: (949) 724-1201
Email: jmiller@littler.com
         ukozeychuk@littler.com

Attorneys for Defendants ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC; ENCOMPASS HEALTH CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRANEKA ECHOLS,<br><br>         Plaintiff,<br><br>    v.<br><br>ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA; ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC; ENCOMPASS HEALTH CORPORATION; HEALTH SOUTH REHABILITATION HOSPITAL OF MURRIETA, LLC; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No. 2:21-cv-6213 JAK (MAAx)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE PRETRIAL DATES**<br><br><br>Complaint Filed:    May 19, 2021 |

**TO THIS HONORABLE COURT:**

Plaintiff Traneka Echols ("Plaintiff") and Defendants Encompass Health Rehabilitation Hospital of Murrieta, LLC and Encompass Health Corporation

1

Notice of Settlement and Stipulation and Order to Vacate Pretrial Dates: Case No. 2:21-cv-6213 JAK (MAAx)
4854-3071-8511.2 / 060078-1143

("Defendants") (collectively, "Parties") by and through their respective counsel of record, have reached a settlement in this matter.

The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the interim, the parties request that the Court vacate the currently pending pre-trial dates, including the motion cutoff date, the expert and non-expert discovery cutoff dates, the expert disclosure dates, the August 31, 2022, Order to Show Cause Re: Informal Discovery Conference. There is currently no trial date or Final Pretrial Conference date on calendar.

The Parties also jointly request that the Court set a Status Conference or Order to Show Cause Re: Dismissal in approximately 60 days, or such other time as determined by the Court.

Dated:   August 26, 2022

LAW OFFICES OF MARYANN P. GALLAGHER
Maryann P. Gallagher
Viridiana E. Aceves

_____
Attorneys for Plaintiff
TRANEKA ECHOLS

Dated:   August 26, 2022

LITTLER MENDELSON P.C.
Jon G. Miller
Uliana Kozeychuk

_____
Attorneys for Defendants
ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC; ENCOMPASS HEALTH CORPORATION

2

Notice of Settlement and Stipulation and Order to Vacate Pretrial Dates: Case No. 2:21-cv-6213 JAK (MAAx)
4854-3071-8511.2 / 060078-1143

1  **IT IS SO ORDERED.**

2  Dated: _____

_____
Judge of the District Court

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Notice of Settlement and Stipulation and Order to Vacate Pretrial Dates: Case No. 2:21-cv-6213 JAK (MAAx)
4854-3071-8511.2 / 060078-1143