Maryann P. Gallagher, Bar No. 146078
Sharon A. Ramirez, Bar No. 322696
LAW OFFICES OF MARYANN P. GALLAGHER
205 S. Broadway, Suite 920
Los Angeles, California 90012
Telephone: 213.626.1810
Fax No.: 213.626.0961
mail@mpg-law.com

Attorneys for Plaintiff TRANEKA ECHOLS

Jon G. Miller, Bar No. 150702
jmiller@littler.com
Uliana Kozeychuk, Bar No. 258984
ukozeychuk@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Defendants
ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC;
ENCOMPASS HEALTH CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TRANEKA ECHOLS,<br><br>Plaintiff,<br><br>v.<br><br>ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA; ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC; ENCOMPASS HEALTH CORPORATION; HEALTH SOUTH REHABILITATION HOSPITAL OF MURRIETA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-6213 JAK (MAAx)<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO PURSUANT TO F.R.C.P. RULE 41(a)(1)(ii)**<br><br>Trial Date:        None Set<br>Complaint Filed: May 19, 2021 |

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

JOINT STIPULATION TO DISMISS 2:21-CV-6213 JAK (MAAX)

1  Plaintiff TRANEKA ECHOLS ("Plaintiff") and Defendants
2  ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC and
3  ENCOMPASS HEALTH CORPORATION ("Defendants"), through their respective
4  counsel of record, hereby enter into the following Stipulation to Dismiss the Entire
5  Action with Prejudice ("Stipulation"):
6      WHEREAS, on May 19, 2021, Plaintiff filed this case in state court, and
7  Defendants removed it to this District Court.
8      WHEREAS, the Parties reached a confidential settlement with respect to
9  all of Plaintiff's claims in this action;
10      WHEREAS, the Parties agree that this entire action shall be dismissed with
11  prejudice.
12      ACCORDINGLY, it is hereby stipulated by and among the parties to this
13  action through their designated counsel of record that the above-captioned action be and
14  hereby is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure,
15  Rule 41(a)(1)(ii).
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2

JOINT STIPULATION TO DISMISS 2:21-CV-6213 JAK (MAAX)

**IT IS SO STIPULATED.**

Dated:     September _13_, 2022

LAW OFFICES OF MARYANN P. GALLAGHER

_____
Maryann P. Gallagher
Sharon Ramirez

Attorneys for Plaintiff
TRANEKA ECHOLS

Dated:     October 4, 2022

LITTLER MENDELSON P.C.

_____
Jon G. Miller
Uliana Kozeychuk

Attorneys for Defendants
ENCOMPASS HEALTH REHABILITATION HOSPITAL OF MURRIETA, LLC; ENCOMPASS HEALTH CORPORATION

Pursuant to Local Rule 5-4.3.4, all parties concur in the contents of this filing and have authorized this filing.

4861-2115-7422.4 / 060078-1143

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

3

JOINT STIPULATION TO DISMISS 2:21-CV-6213 JAK (MAAX)